**Order entered November 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00882-CR

**CHACEY TYLER POYNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32739CR**

## ORDER

Before the Court is court reporter Julie Vrooman's October 30, 2019 third request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before December 2, 2019. Ms. Vrooman is cautioned that the failure to file the reporter's record by that day may result in the Court ordering she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vrooman, court reporter, 354th Judicial District Court; and counsel for all parties.

/s/      LANA MYERS
            JUSTICE